IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFERY CORNELIUS THOMPSON,

    Plaintiff,

vs.                                                               CASE NO. 4:12cv321/RS-CAS

FLORIDA PAROLE COMMISSION,
et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6).  No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Complaint (Doc. 1) is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2).

3. The clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

4. The clerk is directed to enter judgment in favor of Defendants and close the file.

**ORDERED** on August 16, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**